**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE AGUILAR**,** | Case No. 2:22-cv-06459-FLA (AGR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| SUPERIOR COURT COUNTY OF LOS ANGELES, | |
| Respondent. | |

    Pursuant to the Order Denying Petition for Writ of Habeas Corpus, it is ADJUDGED that the Petition for Writ of Habeas Corpus in this matter is DENIED and summarily DISMISSED for lack of subject matter jurisdiction.

Dated: March 29, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge